# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| RENALDO SHEPARD<br>Movant, | ::<br>::<br>:: | MOTION TO VACATE<br>28 U.S.C. § 2255 |
| v. | ::<br>:: | CRIMINAL NO.<br>1:06-CR-0482-SCJ-RGV-1 |
| UNITED STATES OF AMERICA,<br>Respondent. | ::<br>::<br>:: | CIVIL ACTION NO.<br>1:12-CV-2523-SCJ-RGV |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation (R&R) of Magistrate Judge Russell G. Vineyard [Doc. 177], which recommends that Renaldo Shepard's pro se 28 U.S.C. § 2255 motion to vacate sentence be denied. Shepard submitted a letter to the Court stating that he objects to the R&R and requesting additional time to "properly prepare [his] objections." [Doc. 179]. The Court gave Shepard until November 26, 2013 to file his objections. [Doc. 181]. To date, Shepard has not done so.

After reviewing the R&R, it is received with approval and **ADOPTED** as the Opinion and Order of this Court. Accordingly, Shepard's § 2255 motion [Doc. 162] is

**DENIED**. It is further **ORDERED** that Shepard be **DENIED** a certificate of appealability.

**IT IS SO ORDERED** this  3rd  day of  January , 2014.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)